**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUAN CARLOS MELENDEZ GOMEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-925-R |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on June 30, 2026 [Doc. No. 17]. Judge Stephens recommends dismissal of Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] as moot because Petitioner has been removed to Venezuela and there is no longer an actual case or controversy for this Court to decide. Petitioner filed a Reply [Doc. No. 18] to Judge Stephens's Report indicating he has no objections to the Report. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DISMISSED as moot.

IT IS SO ORDERED this 9th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE